AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

FEB 2 1 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Bruno Medina Bugara,

**V.**

Stuart J. Ryan, Warden

## JUDGMENT IN A CIVIL CASE

**CASE NUMBER:**   05cv877 JM(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court adopts in whole the findings and conclusion contained in the report and recommendation. The petition for writ of habeas corpus is denied..................................................................................... ......................................................................................................................................................................

| February 21, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

B. Robinson
(By) Deputy Clerk
ENTERED ON February 21, 2007

05cv877 JM(CAB)